No. 02-7335. BUCHANAN v. HALEY, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02-7337. THARPE v. HEAD, WARDEN. Super. Ct. Butts County, Ga. Certiorari denied.

No. 02-7338. WALKER v. GRAVES, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 02-7340. TALLEY v. WEBB ET AL. C. A. 6th Cir. Certiorari denied.

No. 02-7341. WILLIAMS v. KARR ET AL. Sup. Ct. Colo. Certiorari denied.

No. 02-7344. STORM v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02-7345. MARTIN v. NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 02-7347. KAHN v. POPEYES OF MARYLAND, INC. C. A. 4th Cir. Certiorari denied.

No. 02-7353. STERLING v. HALL, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02-7354. SCOTT v. THOMPSON, WARDEN. Super. Ct. Mitchell County, Ga. Certiorari denied.

No. 02-7355. ROBINSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02-7358. JOHNSON v. CHERIAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 02-7360. DAVIS v. SCHUETZLE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 02-7361. COBBLE v. KENTUCKY. C. A. 6th Cir. Certiorari denied.

No. 02-7367. TRICE v. SIKES, WARDEN. C. A. 11th Cir. Certiorari denied.